FILED
2010 JAN 19 PM 3:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07cr0658WQH |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER AND JUDGMENT TO DISMISS |
| | ) INDICTMENT AND WITHDRAW |
| HERNAN A. ALZATE-TORRES (2), | ) ARREST WARRANT |
| Defendant. | ) |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice as to defendant Hernan A. Alzate-Torres, and arrest warrant be withdrawn.

DATED: 1/19/10

WILLAM Q. HAYES
United States District Court Judge